UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 04cr603 JAH |
|---|---|---|
| Plaintiff, | ) | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | ) | |
| TOMAS CASTANEDA-JIMINEZ, | ) | |
| Defendant. | ) | |

Plaintiff filed a motion to reduce his sentence pursuant to 28 U.S.C. § 3582 (c)(2). Having reviewed the motion, the Court deems it appropriate to require a response,

IT IS HEREBY ORDERED:

1. Plaintiff United States of America shall file and serve a response to Plaintiff's motion to reduce his sentence on or before **July 16, 2010**;

2. Defendant may file a reply on or before **August 6, 2010**. *The matter will be deemed under submission at that time.*

DATED: June 16, 2010

JOHN A. HOUSTON
United States District Judge

04cr603